**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANTHONY FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>YUME, INC., MITCHELL HABIB, ADRIEL LARES, ELIAS NADER, CHRISTOPHER PAISLEY, ERIC SINGER, JOHN MUTCH, BRIAN KELLEY, STEVE DOMENIK, RHYTHMONE, PLC, REDWOOD MERGER SUB I, INC., and REDWOOD MERGER SUB II, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-00075-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Anthony Franchi ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") as moot with prejudice as to Plaintiff only, and without prejudice as to Plaintiff's claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 22, 2018

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
  Brian D. Long (#4347)
  Gina M. Serra (#5387)
  300 Delaware Avenue, Suite 1220
  Wilmington, DE 19801
  Telephone: (302) 295-5310
  Facsimile: (302) 654-7530
  Email: bdl@rl-legal.com
  Email: gms@rl-legal.com
  *Attorneys for Plaintiff*

2